

**IT IS ORDERED as set forth below:**

**Date: November 15, 2019**

_____
**James R. Sacca**
**U.S. Bankruptcy Court Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO:**  19-21754-JRS |
| | : | |
| | : | **CHAPTER:**  7 |
| **CHARLES SIMS** | : | |
| **SHAWNA MARICE SIMS,** | : | |
| | : | |
| Debtor(s)/Movant(s), | : | |
| | : | |
| vs. | : | |
| | : | |
| **NOBLE FINANCE, LLC,** | : | |
| | : | |
| Respondents. | : | |

### ORDER AVOIDING NONPOSSESSORY, NONPURCHASE-MONEY LIEN

Pursuant to 11 U.S.C. §522(f) and Fed. R. Bankr. P. Rule 4003(d), the Debtor(s) move

for an order avoiding a nonpossessory, nonpurchase-money lien held by the Respondent against

property of the Debtor claimed exempt.   Counsel for the Debtor or Debtor has certified that the

motion and the notice of the motion required by Bankruptcy Local Rule ("BLR") 6008 were

served on the Respondent in accordance with Fed. R. Bankr. P. 9014.   Because Respondent has

not filed a response or otherwise indicated any opposition to the motion in accordance with BLR

6008-2, the Motion is deemed to be unopposed under BLR 6008-2.   The Court, having

considered all relevant matters of record, it is

ORDERED that the nonpossessory, nonpurchase-money lien held by Respondent on

property claimed as exempt by the Debtor is avoided, subject to 11 U.S.C. §§349 and 522(c) in

the event of dismissal.

The Clerk's Office is hereby directed to serve a copy of this Order on the Debtor(s),

attorney for the Debtor(s), attorney for Respondent(s) and the Trustee.

**END OF ORDER**

## DISTRIBUTION LIST

**Charles Sims**
3278 Apache Circle
Oakwood, GA 30566

**E. L. Clark**
Clark & Washington, LLC
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341

**Shawna Marice Sims**
3278 Apache Circle
Oakwood, GA 30566

**Albert F. Nasuti**
Thompson, OBrien, Kemp & Nasuti, P.C.
40 Technology Parkway South
Suite 300
Peachtree Corners, GA 30092

**Office of the United States Trustee**
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

**Noble Finance, LLC**
Reg. Agent: Thomas D Calkins
200 East E. Butler Parkway
Gainesville, GA 30501